```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERMIN BEKTASEVIC, *et al.*,

                Plaintiffs,

    -v-

EAST END ASSOCIATES, *et al.*,

                Defendants.

**ORDER**

22-CV-9097 (CM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated January 29, 2025, this case was referred to me for settlement. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's calendar, settlement conferences generally must be scheduled approximately four weeks in advance. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: January 30, 2025
       New York, New York

                                                                   _____
                                                                   Henry J. Ricardo
                                                                   United States Magistrate Judge