```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERMIN BEKTASEVIC, *et ano.*,

                Plaintiffs,

-v-

EAST END ASSOCIATES, *et al.*,

                Defendants.

**ORDER**

22-CV-9097 (CM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 28, I entered an order scheduling a settlement conference on May 27 and directing Defendants to respond to Plaintiffs' latest demand by May 5.  Dkt. No. 58.  However, the Court has been advised aware that Defendants refuse to respond to Plaintiffs' demand and are unwilling to participate in a settlement conference in good faith.  The May 27 settlement conference is therefore **CANCELLED**.

**SO ORDERED.**

Dated: May 6, 2025
       New York, New York

                                               _____
                                               Henry J. Ricardo
                                               United States Magistrate Judge