```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERMIN BEKTASEVIC, *et ano.*,

                  Plaintiffs,

-v-

EAST END ASSOCIATES, *et al.*,

                  Defendants.

**ORDER**

22-CV-9097 (CM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated August 26, 2025, the Court stayed all deadlines in this matter until further order of the Court and directed new counsel to appear for Defendants by September 10, 2025. ECF No. 72. On September 10, 2025, new counsel for Defendants entered a Notice of Appearance. ECF No. 74.

In light of the appearance of Defendants' new counsel, a conference is scheduled on **September 16, 2025** at **11:30 a.m.** by telephone to establish new deadlines. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 196 893 323#).

**SO ORDERED.**

Dated: September 11, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge