UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERMIN BEKTASEVIC, *et ano.*,

                Plaintiffs,

-v-

EAST END ASSOCIATES, *et al.*,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025
```

**ORDER**

22-CV-9097 (CM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 16, 2025, the Court held a conference with Plaintiff and those Defendants currently appearing in the matter to discuss a discovery schedule. As discussed at today's conference, the parties will complete fact discovery by **November 25, 2025**. The Parties are directed to file a joint status report on **December 2, 2025**.

**SO ORDERED.**

Dated: September 16, 2025
      New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge

1