UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2025

ERMIN BEKTASEVIC, *et ano.*,

               Plaintiffs,

     -v-

EAST END ASSOCIATES, INC., *et al.*,

          Defendants.

**ORDER**

22-CV-9097 (CM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of changes to the undersigned's availability, the Court shall hold the conference previously scheduled for December 5, 2025 at 3:30 p.m., *see* ECF No. 79, on **December 5, 2025** at **4:00 p.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 855 441 824#).

**SO ORDERED.**

Dated: December 2, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1