UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2025

ERMIN BEKTASEVIC, *et ano.*,

            Plaintiffs,

-v-

EAST END ASSOCIATES, INC., *et al.*,

            Defendants.

**ORDER**

22-CV-9097 (CM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 18, 2025, the undersigned held a conference with the Parties to discuss the status of discovery. The Parties confirmed that document production is complete, there is no need to compel further document production at this time, and no expert discovery is needed. The Parties further stated that three depositions need to be taken. The Parties are directed to file a joint letter by **December 23, 2025** providing a schedule for the outstanding depositions.

**SO ORDERED.**

Dated: December 18, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1