UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2025

ERMIN BEKTASEVIC, *et ano.*,

                    Plaintiffs,

          -v-

EAST END ASSOCIATES, INC., *et al.*,

                    Defendants.

**ORDER**

22-CV-9097 (CM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' December 23, 2025 letter requesting a sixty-day extension of the discovery deadline to complete depositions and conduct ancillary discovery. ECF No. 86. The request for an extension is **DENIED**.

On December 18, 2025, the Court ordered the Parties to file a joint letter by December 23, 2025 providing a schedule for three outstanding depositions. ECF No. 85. The Parties failed to comply with this order and must do so promptly. No extension will be granted until the Parties provide a firm deposition schedule for the three remaining witnesses. Failure to produce these witnesses for depositions within the fact discovery deadline may result in discovery sanctions including preclusion of testimony and adverse inferences, as appropriate.

The Parties are directed to file a joint letter by **January 23, 2026** providing an update on the status of fact discovery, which is scheduled to close that day. *See* ECF No. 79.

1

**SO ORDERED.**

Dated: December 29, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge