UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026

ERMIN BEKTASEVIC, *et ano.*,

                Plaintiffs,

      -v-

EAST END ASSOCIATES, INC., *et al.*,

                Defendants.

**ORDER**

22-CV-9097 (CM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' February 13, 2026 letter, ECF No. 94, stating that the parties have entered into a settlement agreement. The parties are directed to file the documents described in the letter at ECF No. 94 by **March 3, 2026**.

**SO ORDERED.**

Dated: February 17, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge