UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERMIN BEKTASEVIC and ALMA
BEKTASEVIC

    Plaintiffs

    -against –

EAST END ASSOCIATES, INC,
73-75 EAST 3rd PARTNERS, LLC,
ABC MANAGEMENT, GIOVANNI
R. GALLIZIO, WILLIAM D. HARRA
ABC REALTY

    Defendants

Case # 22-cv-09097 (CM)

JUDGMENT (~~PROPOSED~~)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3/16/2026

---

**WHEREAS**, on March 3, 2026, Defendants William D. Harra, ABC Management and ABC Realty (the "Offering Defendants") offered that Plaintiffs Ermin Bektasevic and Alma Bektasevic Zaim Dervisevic take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Thirty Two Thousand Five Hundred Thousand Dollars ($32,500.00), inclusive of reasonable attorney's fees, costs and expenses incurred in this action, which is in full and final settlement of all of Plaintiff's claims alleged against Defendants in this action; and

**WHEREAS**, on March 10, 2026, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs, as against the Offering Defendants jointly and severally, in the amount of Thirty Two Thousand Five Hundred Dollars ($32,500.00).

So Ordered on the 16 day of March 2026

_____
The Honorable Colleen McMahon, U.S.D.J.